```
☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

        MAY 1 0 2016

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8   United States of America,        | No.  CR-16-08094-PCT-DJH(DKD)

9                      Plaintiff,     | **INDICTMENT**
           vs.
10                                    | VIO:    18 U.S.C. §§ 1153 and 113(a)(3)
    Amos Boone,                       |         (CIR – Assault With a Dangerous
11                                    |         Weapon)
                   Defendant.         |         Count 1
12
                                      |         18 U.S.C. §§ 1153 and 113(a)(6)
13                                    |         (CIR - Assault Resulting in Serious
                                      |         Bodily Injury)
14                                    |         Count 2

15

16

17   THE GRAND JURY CHARGES:

18                          **COUNT 1**

19       On or about February 24, 2016, in the District of Arizona, within the confines of

20   the Navajo Indian Reservation, Indian Country, defendant, AMOS BOONE, an Indian,

21   did intentionally and knowingly assault the victim, B.S., with a dangerous weapon, that

22   is, a belt buckle, with the intent to do bodily harm.

23       In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

24                          **COUNT 2**

25       On or about February 24, 2016, in the District of Arizona, within the confines of

26   the Navajo Indian Reservation, Indian Country, defendant, AMOS BOONE, an Indian,

27   did intentionally, knowingly, and recklessly assault the victim, B.S., resulting in serious

28   bodily injury.

In violation of Title 18, United States Code, Sections 1153and 113(a)(6).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: May 10, 2016,

JOHN S. LEONARDO
United States Attorney
District of Arizona

_s/_
SHARON K. SEXTON
Assistant U.S. Attorney