AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Amos Boone | ) | Case No. CR-16-08094-PCT-DJH(DKD) |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Amos Boone,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:1153 and 113(a)(3) (CIR - Assault With a Dangerous Weapon)
Count 2 - 18:1153 and 113(a)(6) (CIR - Assault Resulting in Serious Bodily Injury)

Date: 05/11/2016

*Issuing officer's signature*

City and state: Phoenix, Arizona

Brian D. Karth, DCE/Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/11/2016, and the person was arrested on *(date)* 5/24/2016
at *(city and state)* Kayenta, AZ

Date: 5/25/2016

by: *Arresting officer's signature*

Arrested by FBI
*Printed name and title*